UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEWAYNE GRIFFIN-LOWERY,

    Plaintiff,

v

COUNTY OF WAYNE, BENNY N. NAPOLEON, Sheriff of Wayne County, JERIEL D. HEARD, MATTHEW JOHN CZARNECKI, and DOUGLAS HUGHES, jointly and severally,

    Defendants.
_____/

Civil Action 11-13751

HON. ARTHUR J. TARNOW

## STIPULATED ORDER
## RE DISBURSEMENT OF SETTLEMENT PROCEEDS

The parties having stipulated to the entry of this Order as evidenced by their signatures below, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT plaintiff's counsel shall place the settlement proceeds in the firm's IOLTA trust account, and, out of those funds, shall transmit the sum of $17,480.00 to the Michigan State Disbursement Unit to satisfy the 8/9/12 Lien Order of the Genesee County Circuit Court in Case No 1998-209446-DP, and shall send a copy of that disbursement to counsel for defendants.

Dated: October 3, 2012

s/Arthur J. Tarnow
UNITED STATES DISTRICT JUDGE

I stipulate to the entry of the above order and waive notice of hearing thereon:

   /s/ Gerald F. Posner
   Attorney for Plaintiff

   /s/ Margaret M. Flanagan
   Attorney for Defendants